UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:17-cr-30040-SEM-TSH |
| | ) | |
| PAUL PADAVIC, | ) | |
| | ) | |
| Defendant, | ) | |

**UNOPPOSED MOTION TO CONTINUE PRETRIAL CONFERENCE, TRIAL DATE, AND TO EXTEND THE RULE 12.1 MOTION FILING DEADLINE**

Defendant Paul Padavic, by and through his attorney, Thomas W. Patton, of the Federal Public Defender's Office for the Central District of Illinois, and pursuant to Title 18 U.S.C. Section 3161(h)(7)(A), moves this Court for the entry of an Order extending the Rule 12.1 motion filing deadline, continuing the pretrial conference date, presently scheduled for May 17, 2019 at 2:00 p.m., and the trial date, presently scheduled for June 4, 2019 and in support thereof, states as follows:

1. On January 19, 2018, Mr. Padavic was arraigned and he is in custody.

2. The Defense needs additional time to review discovery, conduct investigation, and negotiate with the Government.

3. The United States Government by AUSA Weir has no objection to this motion.

4. The ends of justice served by granting the continuance outweigh the best interest of the Defendant and the public in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

WHEREFORE, Defendant respectfully requests the entry of an Order continuing the final pretrial conference and trial for at least thirty days.

> Respectfully submitted,
>
> PAUL PADAVIC, Defendant,
>
> By:  s/ Thomas W. Patton
> Thomas W. Patton
> Federal Public Defender
> 401 Main St., Suite 1500
> Peoria, Illinois 61602
> Telephone: (309) 671-7891
> Fax: (309) 671-7898
> E-mail: thomas_patton@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Matt Weir
Assistant United States Attorney
Office of the U.S. Attorney
318 South Sixth Street
Springfield, IL 62701-1806

By: s/ Thomas W. Patton
Thomas W. Patton
Federal Public Defender
401 Main St., Suite 1500
Peoria, Illinois 61602
Telephone: (309) 671-7891
Fax: (309) 671-7898
E-mail: thomas_patton@fd.org